HILLSIDE LAND COMPANY ET AL., APPELLANTS, v. THE
TOWNSHIP OF NORTH BERGEN IN THE COUNTY OF
HUDSON, RESPONDENT.

Submitted October 26, 1934—Decided January 10, 1935.

For the appellants, *Nicholas S. Schloeder.*

For the respondent, *Herr & Kaufman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   11.

*For reversal*—None.